CIRCUIT COURT FOR THE
TWENTIETH JUDICIAL CIRCUIT
ST.CLAIR COUNTY ILLINOIS

JEFFREY H. GERING, )
)
    Plaintiff, )
)
v. ) CASE NO: 22LA0289
)
GARY K. BURGER and BURGER )
LAW, LLC, a professional limited )
Liability company, )
)
    Defendants. )

## SUMMONS

To Each Defendant: Gary K. Burger, 500 N Broadway Ste 1860, St. Louis MO 63102

    You are summoned and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, in the office of the clerk of this court within 30 days after service of this summons, not counting the day of service. If you fail to do so, a judgment by default may be entered against you for the relief asked in the complaint.

E-filing is now mandatory for documents in civil cases with limited exemptions. To e-file you must first create an account with an e-filing service provider. Visit https://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/FAQ/gethelp.asp.

**TO THE OFFICER:**

    This summons must be returned by the officer or other person to whom it was given for service, with indorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so indorsed.

    This summons may not be served later than 30 days after its date.

                               Witness_____

(Seal of Court)    *Marie Zaiz*
                MARIE ZAIZ, Circuit Clerk
                4/7/2022
                Jennifer Davlin
                                       Clerk of Court

Plaintiff's Attorney: Ripplinger & Zimmer
Address:    2215 West Main St Belleville IL
Telephone: 618-234-2440
Fax:        618-234-6728
E-mail Address: RipplingerZimmer@ripplingerlaw.com

April 14th 2022

Page **1** of **2**

**EXHIBIT A**

Date of Service *April 14*, 20*22* (to be inserted by officer on copy left with defendant or other person).

## NOTICE TO DEFENDANTS (Pursuant to Supreme Court Rule)

In a civil action for money (under $15,000) in which the summons requires your appearance on a specified day, you may enter your appearance as follows:

1. You may enter your appearance prior to the time specified in the summons by filing a written appearance, answer or motion in person or by attorney. E-filing is now mandatory for documents in civil cases with limited exemptions. To e-file you must first create an account with an e-filing service provider. Visit https://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/FAQ/gethelp.asp, or talk with your local circuit clerk's office.

2. You may enter your appearance at the time and place specified in the summons by making your presence known to the Judge when your case is called.

When you appear in Court, the Judge will require you to enter your appearance in writing, if you have not already done so. Your written appearance, answer, or motion shall state with particularity the address where service of notice or papers may be made upon you or an attorney representing you.

Your case will be heard on the date set forth in the summons unless otherwise ordered by the Court. Only the Court can make this exception. Do not call upon the Court Clerk or the Sheriff's office if you feel you will be unable to be present at the time and place specified. Continuances can be granted only on the day set forth in the summons, and then only for good cause shown. You, or someone representing you, MUST APPEAR IN PERSON at the specified time and place and make such a request.

If you owe and desire to pay the claim of the plaintiff before the return date on the summons, notify the plaintiff or his attorney of your desire to do so. Request that he appear at the time specified and ask for the dismissal of the suit against a proper court order which must be entered in open Court.

CIRCUIT COURT FOR THE
TWENTIETH JUDICIAL CIRCUIT
ST.CLAIR COUNTY ILLINOIS

JEFFREY H. GERING, )
)
    Plaintiff, )
) CASE NO: 22LA0289
v. )
)
GARY K. BURGER and BURGER )
LAW, LLC, a professional limited )
Liability company, )
)
    Defendants. )

## SUMMONS

To Each Defendant: Burger Law, LLC, a professional limited liability company, 500 N Broadway, Ste 1860, St Louis MO 63102

    You are summoned and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, in the office of the clerk of this court within 30 days after service of this summons, not counting the day of service. If you fail to do so, a judgment by default may be entered against you for the relief asked in the complaint.

E-filing is now mandatory for documents in civil cases with limited exemptions. To e-file you must first create an account with an e-filing service provider. Visit https://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/FAQ/gethelp.asp.

**TO THE OFFICER:**

    This summons must be returned by the officer or other person to whom it was given for service, with indorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so indorsed.

    This summons may not be served later than 30 days after its date.

Witness_____

(Seal of Court) *Marie Zaiz*
MARIE ZAIZ, Circuit Clerk
4/7/2022
Jennifer Davlin

                      Clerk of Court

Plaintiff's Attorney: Ripplinger & Zimmer
Address: 2215 West Main St Belleville IL
Telephone: 618-234-2440
Fax: 618-234-6728
E-mail Address: RipplingerZimmer@ripplingerlaw.com

April 14th 2022

Page **1** of **2**

3

Date of Service _April 14th_, 20_22_. (to be inserted by officer on copy left with defendant or other person).

## NOTICE TO DEFENDANTS (Pursuant to Supreme Court Rule)

In a civil action for money (under $15,000) in which the summons requires your appearance on a specified day, you may enter your appearance as follows:

1. You may enter your appearance prior to the time specified in the summons by filing a written appearance, answer or motion in person or by attorney. E-filing is now mandatory for documents in civil cases with limited exemptions. To e-file you must first create an account with an e-filing service provider. Visit https://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/FAQ/gethelp.asp, or talk with your local circuit clerk's office.

2. You may enter your appearance at the time and place specified in the summons by making your presence known to the Judge when your case is called.

When you appear in Court, the Judge will require you to enter your appearance in writing, if you have not already done so. Your written appearance, answer, or motion shall state with particularity the address where service of notice or papers may be made upon you or an attorney representing you.

Your case will be heard on the date set forth in the summons unless otherwise ordered by the Court. Only the Court can make this exception. Do not call upon the Court Clerk or the Sheriff's office if you feel you will be unable to be present at the time and place specified. Continuances can be granted only on the day set forth in the summons, and then only for good cause shown. You, or someone representing you, MUST APPEAR IN PERSON at the specified time and place and make such a request.

If you owe and desire to pay the claim of the plaintiff before the return date on the summons, notify the plaintiff or his attorney of your desire to do so. Request that he appear at the time specified and ask for the dismissal of the suit against a proper court order which must be entered in open Court.

Page **2** of **2**

Electronically Filed
Marie Zaiz
Circuit Clerk
Jennifer Davlin
22LA0289
St. Clair County
4/6/2022 10:26 AM
17386617

IN THE CIRCUIT COURT
TWENTIETH JUDICIAL DISTRICT
ST. CLAIR COUNTY, ILLINOIS

JEFFREY H. GERING, )
 )
    Plaintiff, )
 )
v. ) Case No. 22LA0289
 )
GARY K. BURGER and BURGER )
LAW, LLC, a professional limited )
Liability company, )
 )
    Defendants. )

## COMPLAINT-LEGAL MALPRACTICE

1.    Defendant Burger Law, LLC, is a law firm, duly formed under the laws of the State of Missouri as a professional limited liability company and having an office in and practicing in Belleville, St. Clair County, Illinois at all times relevant to this action.

2.    Defendant Gary Burger is an attorney, licensed and authorized to practice law and doing business as an employee of Defendant in Belleville, St. Clair County, Illinois at all times relevant to this action.

3.    On or about May, 2021 Defendant Gary Burger, while employed with Defendant Burger Law, LLC assumed the representation of Plaintiff Jeffrey Gering for a claim against the City of Belleville, Illinois.

4.    That claim arose on April 19, 2019, when Plaintiff's back and neck were injured when the truck he was driving was struck in the rear by a truck belonging to the City of Belleville, Illinois.

Page 1 of 3

5

5. It was the duty of Defendant Burger Law, LLC acting through its employee Defendant Gary Burger to represent plaintiff in the same manner as a reasonably careful attorney would under similar circumstances.

6. Defendants violated this duty by:

   a) Failing to recognize that the applicable Statute of Limitation was going to expire on April 19, 2020 when they knew or should have known it;

   b) Failing to take any action to preserve the potential cause of action for the Plaintiff prior to the running of the Statute of Limitation.

7. Plaintiff Jeffrey Gering had a viable claim for negligence against the City of Belleville, Illinois for the injuries he suffered in the collision with the truck owned by the City of Belleville, Illinois.

8. But for the Defendants' violation of their duty to Plaintiff Jeffrey Gering, suit against the City of Belleville, Illinois would have been filed in a timely manner and he would have received compensation for the injuries that he suffered in the collision.

9. As a direct and proximate result of the defendants' violation of their duty to Plaintiff Jeffrey Gering, he has received no compensation for the economic and noneconomic damages he has sustained, including medical expenses, pain and suffering, loss of earnings and loss of enjoyment of life.

WHEREFORE, Plaintiff Jeffrey prays this court for judgment in his favor and against Defendant Gary Burger and Defendant Burger Law, LLC, jointly and severally, in an amount that will compensate him for his loss and for his required

Page **2** of **3**

expenditures, in the amount of $1,000,000.00, for costs of this suit, and for such other and further relief as this court finds just and proper.

/s/ George R. Ripplinger
George R. Ripplinger #02343797
Ripplinger & Zimmer, LLC
2215 West Main Street
Belleville, Illinois 62226
Phone (618)234-2440
Fax (618)234-6728
RipplingerZimmer@ripplingerlaw.com
george@ripplingerlaw.com

STATE OF ILLINOIS          )
                           )  SS.
COUNTY OF ST. CLAIR        )

I, George R. Ripplinger, pursuant to S. Ct. Rule 222(b), state that the total amount of damages sought in Plaintiff's Complaint is in excess of $50,000.00.

/s/ George R. Ripplinger
George R. Ripplinger #02343797

Subscribed and sworn to before me this 6th day of June, 2021.

[Notary signature]
Notary Public

OFFICIAL SEAL
AMANDA K ISOM
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:1/1/22

Page 3 of 3